No. 83–6704. LAMBRIGHT *v.* ARIZONA. Sup. Ct. Ariz.;
No. 83–7013. FIELDS *v.* CALIFORNIA. Sup. Ct. Cal.;
No. 83–7014. WICKER *v.* TEXAS. Ct. Crim. App. Tex.;
No. 83–7021. DICKS *v.* TENNESSEE. Ct. Crim. App. Tenn.;
No. 84–5200. SQUIRES *v.* FLORIDA. Sup. Ct. Fla.;
No. 84–5206. ALBANESE *v.* ILLINOIS. Sup. Ct. Ill.;

No. 84–5261.  MCQUEEN v. KENTUCKY.  Sup. Ct. Ky.;
No. 84–5265.  PRESTON v. MISSOURI.  Sup. Ct. Mo.;
No. 84–5269.  JONES v. FLORIDA.  Sup. Ct. Fla.; and
No. 84–5505.  BRILEY v. BASS, WARDEN.  C. A. 4th Cir. Certiorari denied.  Reported below: No. 83–6704, 138 Ariz. 63, 673 P. 2d 1; No. 83–7013, 35 Cal. 3d 329, 673 P. 2d 680; No. 83–7014, 667 S. W. 2d 137; No. 84–5200, 450 So. 2d 208; No. 84–5206, 102 Ill. 2d 54, 464 N. E. 2d 206; No. 84–5261, 669 S. W. 2d 519; No. 84–5265, 673 S. W. 2d 1; No. 84–5269, 449 So. 2d 253; No. 84–5505, 742 F. 2d 155.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.